NUMBER 13-07-350-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________ 


FORTY-TWO THOUSAND FIVE HUNDRED EIGHT

DOLLARS ($42,508.00) IN U.S. CURRENCY AND 

ONE (1) 1997 FORD ECONOLINE VAN, VIN 

#FDEE14L1VHB91899, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________ 


On appeal from the 105th District Court 


of Kleberg County, Texas


_______________________________________________________ 


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, JOSE LUIS GENARO RODRIGUEZ RODRIGUEZ, attempted to perfect
an appeal from a judgment entered by the 105th District Court of Kleberg County,
Texas, in cause number 06-592-D. Judgment in this cause was signed on December
18, 2006. An untimely motion for new trial was filed on February 28, 2007. 
Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on January 17,
2007, but was not filed until February 28, 2007. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM



Memorandum Opinion delivered and 

filed this the 23rd day of August, 2007.